EARP v. RILEY.

No. 5766.     Opinion Filed January 13, 1914.

(138 Pac. 164.)

Action between J. H. Earp and Ben W. Riley. From decision of Benjamin F. Harrison, Secretary of State, denying protest of Earp against Referendum Petition No. 27, State Question No. 64, Earp appeals. Protest of appellant sustained.

*McAdams & Haskell,* for appellant.

*H. L. Fogg,* for appellee.

PER CURIAM. This is an appeal from the decision of the Secretary of State, denying protest of appellant against Referendum Petition No. 27, State Question No. 64. This ap-

peal presents the same facts and the same questions of law presented' to this court and considered and determined in *Ralls v. Wyand et al., ante,* 138 Pac. 158. The propositions of law announced in that case govern and control the questions presented in this case; and upon the authority of that case the protest of appellant against said referendum petition must be and the same is hereby sustained.